UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Cases<br><br>**20cr445**<br>**06cr1085**<br>**15cr176**<br>**20cr447**<br>**19cr245**<br>**15cr577**<br>**18cr666**<br>**19cr856**<br>**19cr245** | NOTICE OF TELECONFERENCE<br>INFORMATION |

KENNETH M. KARAS, United States District Judge:

For the week of September 28, 2020, the Court will hold the above-captioned criminal proceedings by telephone.  To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   September 25, 2020
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge