

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Victor Esteban, et al.*, 15 Cr. 176 (KMK)

Dear Judge Karas:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s Douglas S. Zolkind
       Douglas S. Zolkind
       Assistant United States Attorney
       (212) 637-2418

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/12/21