**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

June 29, 2021

Via ECF

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Victor Esteban; 15 CR 176 (KMK)

Dear Judge Karas:

I represented Victor Esteban as CJA counsel in the above matter. This case was resolved by a plea disposition and defendant was sentenced on May 16, 2016, to 87 months incarceration followed by 4 years post release supervision. Mr. Esteban has completed the custody portion of his sentence and he is presently on supervised release in this district. He contacted me to request legal counsel to assist him in making an application to modify the conditions of his supervision. I am requesting that the Court authorize my reappointment as CJA counsel to allow me to represent Mr. Esteban in any post-sentence application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Granted.

So Ordered.

*[signature]*

6/29/21