**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

**MEMO ENDORSED**

July 18, 2021

Via ECF

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:  USA v. Victor Esteban; 15 CR 176 (KMK)

Dear Judge Karas:

I represent Victor Esteban as CJA counsel in the above matter. This case was resolved by a plea disposition and defendant was sentenced on May 16, 2016, to 87 months incarceration followed by 4 years post release supervision. Mr. Esteban has completed the custody portion of his sentence and he is presently on supervised release in this district. He is requesting court authorization to travel to the Dominican Republic for a family reunion. I have spoken to both his Probation Officer Deanna M. Paige and AUSA George Turner. Neither has any objection to this application subject to approval of your honor.

Office Paige informed me that Mr. Esteban has been in full compliance with the terms of his supervised release since he began supervision in October 2020. He resides in Pomona New York, is employed, scheduled to start a school program (awaiting VESID approval), is in full compliance with an outpatient drug program and has no positive drug tests and no further arrests.

His proposed itinerary is to travel to the Dominican Republic from August 20, 2021, with a return August 27, 2021. He will be staying at: Avenida República de Argentina, Edificio Bruno 2, Apartamento 2B/C, Santiago, Dominican Republic. He will be visiting with his mother, Maggie Morillo and Grandmother, Juana Mata who reside in the Dominican Republic. Mr. Esteban will provide all details to Officer Paige subject to her approval and remain in touch with probation as required during the period of his trip. Thank you for considering this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Granted.

So Ordered.

*[signature]*
7/19/21

cc:  USPO Deanna M. Paige; AUSA George Turner