**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

**MEMO ENDORSED**

December 13, 2021

Via ECF

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Victor Esteban; 15 CR 176 (KMK)

Dear Judge Karas:

I represent Victor Esteban as CJA counsel in the above matter. This case was resolved by a plea disposition and defendant was sentenced on May 16, 2016, to 87 months incarceration followed by 4 years post release supervision. Mr. Esteban has completed the custody portion of his sentence and he is presently on supervised release in this district. Probation has informed me that Mr. Esteban has been in full compliance with the terms of his supervision since his release in October, 2020. He is requesting court authorization to travel to the Dominican Republic to meet with his family reunion. I have spoken to both his Probation Officer Meaghan Biggs and AUSA George Turner. Neither has any objection to this application subject to approval of your honor.1

His proposed itinerary is to travel to the Dominican Republic from January 7, 2022, with a return January 14, 2022. He will be staying at: Avenida República de Argentina, Edificio Bruno 2, Apartamento 2B/C, Santiago, Dominican Republic. He will be visiting with his mother, Maggie Morillo and Grandmother, Juana Mata who reside in the Dominican Republic. Mr. Esteban will provide all details to Officer Biggs subject to her approval and remain in touch with probation as required during the period of his trip. Thank you for considering this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/13/2021

---

1 The Court previously authorized Mr. Esteban travel to visit his family in July 2021 (Doc. 463). However Mr. Esteban had to cancel the trip because he was unable to obtain his passport in time. He now has the passport and is renewing his request.

cc: USPO Biggs; AUSA George Turner